Rumillio TORRES, Appellant

v.

SECRETARY OF the BOARD FOR
PAROLE/PROBATION,
Appellee.

Supreme Court of Pennsylvania.

Sept. 28, 2012.

*ORDER*

PER CURIAM.

**AND NOW,** this 28th day of September, 2012, the order of the Commonwealth Court is hereby **AFFIRMED.**